TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00322-CV

Marjorie Moore, Appellant

v.

O'Barr Rost, Inc.; O'Barr Rost; and Pamela Rickel, Appellees

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT

NO. 94-367-C26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING 

PER CURIAM 

 Marjorie Moore states by motion that she no longer desires to pursue this appeal. We
grant her motion and dismiss this appeal. Tex. R. App. P. 59(a)(1)(B).

Before Justices Powers, Jones and Kidd

Dismissed on Appellant's Motion

Filed: August 28, 1997

Do Not Publish